

FILED

JUL - 5 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-60-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER FOR WRIT OF HABEAS CORPUS (For Prosecution) |
| JOSHUA ABRAM DISKIN, | |
| Defendant. | |

Upon Petition of John D. Sullivan, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (for prosecution) directing John D'Agostini, Sheriff of El Dorado County, and Darrell Bell, United States Marshal for the District of Montana, to produce Joshua Abram Diskin, currently housed at the El Dorado County Jail in

1

Placerville, California, before the Court at the Big Horn Courtroom in Billings, Montana, at 9:00 a.m. on September 21, 2017, and Joshua Abram Diskin is to stay in Federal custody until the conclusion of his case.

DATED this 5th day of July, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge