IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-60-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA ABRAM DISKIN, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the hearing on Defendant's Motion to Suppress (Doc. 37) presently set for Monday, July 23, 2018 at 1:00 p.m. is **VACATED** and **RESET** for **Monday, July 23, 2018 at 9:30 a.m.**, changing the time of the hearing only.

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 12th day of July, 2018.

SUSAN P. WATTERS
United States District Judge