# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA ABRAM DISKIN,<br><br>Defendant. | CR 17-60-BLG-SPW<br><br>ORDER GRANTING LEAVE<br>TO FILE EXHIBIT UNDER SEAL |

Upon the United States' Motion for Leave to File Government Exhibit Under Seal (Doc. 61), and for good cause appearing.

IT IS HEREBY ORDERED that United States' Motion is **GRANTED**. The United States' Ex. 1 in support of its response to the Defendant's motion to suppress is filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 25th day of July, 2018.

Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT COURT JUDGE

1