FILED

AUG 08 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-60-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA ABRAM DISKIN, | |
| Defendant. | |

Upon the Defendant's Unopposed Motion for Extension to File Reply Brief (Doc. 68), and for good cause being shown,

IT IS HEREBY ORDERED that the deadline for Defendant to file his reply brief in support of his Motion to Suppress is extended up to and including **September 14, 2018.**

DATED this 7th day of August, 2018.

SUSAN P. WATTERS
United States District Judge