FILED

AUG 15 2018

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **JOSHUA ABRAM DISKIN, Defendant.** | CR 17-60-BLG-SPW **ORDER** |

Upon the United States' Motion for Leave to File Government Exhibit Under Seal (Doc. 70), and good cause appearing,

IT IS HEREBY ORDERED that Gov't Ex. 1.1 (the recording of the search warrant application and issuance) in support of its response to the defendant's motion to suppress is filed under seal.

DATED this 15th day of August, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1