**KELLY J. VARNES**
**HENDRICKSON LAW FIRM, P.C.**
208 North Broadway, Suite 324
P.O. Box 2502
Billings, MT 59103-2502
Telephone: (406) 245-6238
kelly@hendricksonlawmt.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

- - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 17-60-BLG-SPW |
| Plaintiff, | ) | |
| vs. | ) | **MOTION FOR HEARING** |
| JOSHUA ABRAM DISKIN, | ) | |
| Defendant. | ) | |

_____ )

COMES NOW counsel for Defendant Diskin, and moves the Court for an order setting a hearing on the status of his representation in this matter. The undersigned was appointed by the Court on July 25, 2018 as a substitute for the Federal Defender's Office. On August 3, 2018, the undersigned met with Defendant's previous attorney, Mark Werner to go over the case and obtain the large file. On August 5, 2018, the undersigned met with Defendant at the Yellowstone County Detention facility. Thereafter, the undersigned began work on Defendant's case. On August 20, 2018, a letter was received from Defendant advising that the undersigned should remove himself from the case or a complaint would be filed with the state Office of Disciplinary Counsel. Defendant's letter contained other opinions about the competence of the undersigned's representation. Under the circumstances, the undersigned is concerned over the

1

nature of the relationship with Defendant and that a status conference with Defendant present is warranted.

DATED this 22nd day of August, 2018.

/s/ KELLY J. VARNES
KELLY J. VARNES
Attorney for Defendant
Joshua Abram Diskin

cc: Client