

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-60-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| | ORDER |
| vs. | |
| JOSHUA ABRAM DISKIN, | |
| Defendant. | |

Upon the United States' Motion for Video or Telephonic Testimony (Doc. 100) of witness, Kevin Klostermeier, and for good cause being shown,

**IT IS HEREBY ORDERED** that Mr. Klostermeier may testify by video or telephone if he is unable to drive to Billings for the suppression hearing set for Friday, February 22, 2019 at 9:00 a.m. The United States shall make arrangements with the U.S. District Court IT staff, Michael Cuthbert or Cecil Chandler and Mr. Klostermeier.

1

The Clerk of Court is directed to notify counsel and IT staff of the making of this Order.

DATED this 20th day of February, 2019.

SUSAN P. WATTERS
United States District Judge