

FILED

MAR 5 2019

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-60-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| JOSHUA ABRAM DISKIN, | |
| Defendant. | |

Upon the Defendant's Motion for Leave to File Exhibit 502 Under Seal (Doc. 107), and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's Exhibit 502 (Defendant Tuss's affidavit in support of an application for telephonic search warrant) in support of Defendant's Motion to Suppress and Brief in Support is filed under seal.

DATED this 5th day of March, 2019.

SUSAN P. WATTERS
United States District Judge

1